# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD WORTHEN,<br><br>     Plaintiff,<br><br>v.<br><br>AVKARE INC. and AMNEAL PHARMACEUTICALS, INC.,<br><br>     Defendants. | No. 2:20-cv-14052<br>Hon. Julien Xavier Neals<br>Hon. Michael A. Hammer |

## PLAINTIFF RONALD WORTHEN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Ronald Worthen, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal of his claims asserted against all defendants in this action, without prejudice, in the above-referenced matter.

Specifically, Rule 41(a)(1)(A)(i) sets out that a plaintiff may voluntarily dismiss any claim without prejudice and without a court order by notice at any time prior to the defendants filing an answer or moving for summary judgment. Thus, Plaintiff's request is permitted as of the filing of this Notice. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41(a)(1)(A)(i).

Accordingly, the action can be marked closed.

Dated: June 13, 2023

**So ORDERED on 6/14/2023:**

HONORABLE JULIEN XAVIER NEALS
United States District Judge

Respectfully Submitted,

/s/ David J. Stanoch
David J. Stanoch, Of Counsel
HONIK LLC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel : (267) 435-1300
E-mail: david@honiklaw.com